UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MOORE,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE CITY PROPERTY I CORPORATION,<br><br>                    Defendant. | CASE NO.  2:23-cv-02012-LK<br><br>ORDER OF DISMISSAL |

    This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. No. 6. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Dated this 26th day of July, 2024.

*Lauren King* (signature)

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1